UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDRA STAR BOODE,<br><br>    Petitioner,<br><br>    v.<br><br>D. K. JOHNSON, Warden,<br><br>    Respondent.<br>_____/ | No. C-13-2438 EMC (pr)<br><br>**ORDER EXTENDING DEADLINES AND DENYING REQUEST FOR COUNSEL** |

Respondent's request for an extension of time to respond to the petition for writ of habeas corpus is **GRANTED**. (Docket # 9.) The Court now sets the following new briefing schedule on the petition: On or before **December 20, 2013**, Respondent must file and serve on Petitioner his response. On or before **January 31, 2014**, Petitioner must file and serve on Respondent's counsel her traverse.

Petitioner has requested that counsel be appointed to represent her in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent

///
///
///
///

due process violations. *See id.* The interests of justice do not require appointment of counsel at this time. The request for appointment of counsel is **DENIED**. (Docket # 7.)

IT IS SO ORDERED.

Dated: November 22, 2013

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2